IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-00242

| | |
|---|---|
| KIMBERLY LAING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| FEDERAL EXPRESS CORPORATION ) | |
| d/b/a FEDEX CORP., ) | |
| ) | |
| Defendant, ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Objection to Defendant's Bill of Costs and Motion to Stay Execution (D.I. 34). A Response was not filed by the Defendant. Having considered Plaintiff's Objection and Motion, this Court hereby orders that Plaintiff's Motion is GRANTED. Execution of Defendant's Motion for Bill of Costs (D.I. 33) is hereby STAYED during the pendency of the appeal filed by Plaintiff in connection with this matter.

**IT IS SO ORDERED**

Signed: December 15, 2011

Graham C. Mullen
United States District Judge